# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 18-cr-20180-001

v.                               Judith E. Levy
                               United States District Judge

Roosevelt Knight,

                               Mag. Judge Mona K. Majzoub

        Defendant.

_____/

## OPINION AND ORDER DENYING MOTION FOR RECONSIDERATION [100]

This case is before the Court on the United States' motion for reconsideration (ECF No. 100) of the Court's order partially granting Defendant Roosevelt Knight's motion to revoke his order of detention (ECF No. 97). On April 1, 2020, a telephonic hearing was held and oral argument was heard. During the hearing, the United States raised new issues regarding Defendant's compliance with the current conditions of his release. The Court heard argument regarding this issue also.

For the reasons set forth on the record, the United States' motion for reconsideration and request to remand Defendant to the custody of the United States Marshal Service is DENIED.

IT IS SO ORDERED.

Dated: April 1, 2020  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 1, 2020.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager